# EXHIBIT B

Case 1:20-cv-02649-MKV   Document 1-2   Filed 03/30/20   Page 2 of 3

# Ellen Barkin goes full diva at Harvey Weinstein trial

By Rebecca Rosenberg and Lia Eustachewich                                           January 23, 2020  |  10:24am



Ellen Barkin
Steven Hirsch

Ellen Barkin's diva behavior was on full display Thursday as she tried to weasel her way into the courtroom for Harvey Weinstein's rape trial in Manhattan.

The "Switch" star was overheard complaining to court officers that she wasn't allowed to enter the courtroom ahead of members of the press — then tried to nab a seat in the first row.

"Don't tell me what to do. I'm not your mother," she snapped at a reporter who reassured the actress that she'd get inside.

Like dozens of others, Barkin, 65, was forced to wait on a lengthy line in order to get into the courtroom at Manhattan Supreme Court for the second day of Weinstein's trial.

She was then ordered to sit in the back row of the courtroom — with other members of the public. The first two rows are reserved for prosecutors.

At one point, the scowling star flipped off a photographer in the hallway of the courthouse.

Earlier in the morning, Barkin had tweeted her support for "The Sopranos" actress Annabella Sciorra, one of three women Weinstein is charged with sexually assaulting.

Sciorra, who claims Weinstein raped her in 1993 or 1994, is expected to testify against the disgraced movie mogul.



Harvey Weinstein at court on Jan. 23
Steven Hirsch

"All my power All my heart All my strength I give to you dear friend and warrior…#AnnabellaSciorra I love you. 'The truth will out' #MeTooTooManyTimes," Barkin wrote.

Barkin previously accused Weinstein of verbal abuse, saying he called her a "c—t" and "c—t bitch" while filming "Into the West," which he produced.

"The repercussions are real," the Emmy and Tony winner told Ronan Farrow in 2017. "I was terrified Harvey was going to make it impossible to go back to work, with those tentacles of his."



**Harvey Weinstein practically dragged into court**

FILED UNDER   **ELLEN BARKIN**, **HARVEY WEINSTEIN**, **HARVEY WEINSTEIN TRIAL**