USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

             Plaintiff,

-against-

ELLEN BARKIN,

             Defendant.

1:20-cv-02649-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement in principle [ECF No. 16]. Accordingly, IT IS HEREBY ORDERED that all deadlines are adjourned *sine die*. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar in the event the parties have not executed a settlement agreement if the application to restore the action is made by **January 21, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: December 21, 2020**
          **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**